IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GUY MUTTER,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

ORDER

11-cv-511

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Carolyn Colvin has moved for entry of final judgment and an order affirming her decision that plaintiff Guy Mutter met the disability requirements of the Social Security Act, 42 U.S.C. § 405(g). The case was remanded to defendant under sentence six of § 405(g) after it became known that the administrative hearing had not been recorded properly. A new hearing was held and the administrative law judge issued a ruling favorable to plaintiff. The time has expired for any challenges to the ruling. Accordingly, defendant's motion will be granted.

ORDER

      IT IS ORDERED that defendant Carolyn Colvin's motion for affirmance of the Social Security Agency's decision is GRANTED. The clerk of court is directed to enter judgment

1

for plaintiff Guy Mutter and close this case.

Entered this 7th day of November, 2013.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2