IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GUY MUTTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.        Case No. 11-cv-511-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Guy Mutter, granting defendant Carolyn Colvin's motion for affirmance of the Social Security decision.

| S/ Peter Oppeneer | 11/14/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |