IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GUY M. MUTTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-511-bbc

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $2,395.50.

| s/Peter Oppeneer | 3/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |